## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                         Case No. 20−30363
                                              Chapter 13
Tara Harriel ,

    Debtor.

## ORDER

    This case is before the court on the following matter:

*35* − Rule 9007 Motion/Notice/Objection: AMENDED Motion to Modify Plan Post Confirmation . filed by Mary Conner Pool on behalf of Tara Harriel (RE: related document(s)32 Rule 9007−1 Motion/Notice/Objection filed by Debtor Tara Harriel). (Attachments: # 1 Trustee's Ch 13 Plan or Summary) (Pool, Mary) Responses due by 06/19/2020 Modified on 6/9/2020 (CF).

    It appears that notice has been given pursuant to L.B.R. 9007−1, Bankr. M.D. Ala., and that no response has been filed. Accordingly, it is

    **ORDERED,** that the motion is **GRANTED** according to the terms stated.

Dated June 20, 2020

                                           William R. Sawyer
                                           United States Bankruptcy Judge

```
United States Bankruptcy Court
Middle District of Alabama
```

In re:                                                            Case No. 20-30363-WRS
Tara Harriel                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1127-2        User: blivingst          Page 1 of 2              Date Rcvd: Jun 22, 2020
                            Form ID: ogr9007p       Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2020.
```
db            +Tara Harriel,   2320 McCarter Avenue,    Montgomery, AL 36107-1710
4384902       +ADVANCE CASH,    PO BOX 10,   PARSHALL, ND 58770-0010
4384907       +CHECKCARE SYSTEMS,   C/O RICHARD C. DEAN, JR,   P.O. BOX 1028,    MONTGOMERY, AL 36101-1028
4384908        CMM FINANCE INC.,    2625B WOODWARD AVE,   MUSCLE SHOALS, AL 35661
4384909       +COLE & COMPANY INVESTMENTS,    C/O CHAMBLESS MATH & CARR,    P.O. BOX 230759,
                MONTGOMERY, AL 36123-0759
4384911       +EASTERN ACCOUNT SYSTEM I,   3 CORPORATE DR.,    DANBURY, CT 06810-4166
4384912       +EMERGI CASH,   301 S. MEMORIAL DRIVE,    PRATTVILLE, AL 36067-3625
4384900       +EXPERIAN,   PO BOX 9701,   Allen, TX 75013-9701
4384913       +FEDLOAN SERVICING,   PO BOX 60610,    HARRISBURG, PA 17106-0610
4384914        GINA J. ISHMAN, CLERK,    P.O. BOX 1667,   MONTGOMERY, AL 36102-1667
4403281       +HAYNES AMBULANCE,   c/o HOLLOWAY CREDIT SOLUTIONS,    PO BOX 230609,    MONTGOMERY, AL 36123-0609
4384915        JACKSON HOSPITAL,    1725 PINE ST,   MONTGOMERY, AL 36106-1117
4384916       +LDI PROPERTIES, INC.,    C/O DARBY LAW FIRM, LLC.,   PO BOX 3905,    MONTGOMERY, AL 36109-0905
4384918       +MDG US INC./ CAPITAL COMMUNITY BANK,    ATTN: MIKE WATSON-PRESIDENT & CEO,
                3280 N. UNIVERSITY AVENUE,    PROVO, UT 84604-4405
4398356       +MDG USA INC.,    3422 Old Capitol Trail PMB#1993,   Wilmington, DE 19808-6124
4384919       +MIDWEST RECOVERY,   514 EARTH CITY EXPY,    EARTH CITY, MO 63045-1303
4384920       +PREFERRED CREDIT INC.,    PO BOX 1679,   ST. CLOUD, MN 56302-1679
4384921       +RICHARD C. DEAN, JR.,   P.O. BOX 1028,    MONTGOMERY, AL 36101-1028
4384923       +RISE CREDIT OF ALABAMA LLC,    C/O NCB MANAGEMENT SERVICES, INC,   P.O. BOX 1099,
                LANGHORNE, PA 19047-6099
4384924        SKY LOAN,   2637 E. ATLANTIC BLVD #4939,    420 COLLEGE STREET,   POMPANO BEACH, FL 33062
4384925        SPOTLOAN,   C/O BLUECHIP FINANCIAL,    914 Chief Little Shell St. NE,    Belcourt, ND 58316
4384899       +U.S. ATTORNEY,   SOUTH ROYAL ST, STE 600,    MOBILE, AL 36603-2115
4384926       +VBS ADVANCE CASH,   MAKES CENTS, INC. ATTN: CUSTOMER SUPPORT,    PO BOX 10,
                PARSHALL, ND 58770-0010
4384927       +WAKEFIELD AND ASSOCIATES,   P.O. BOX 50250,    KNOXVILLE, TN 37950-0250
4384929       +WILBER & ASSOCIATES,    210 LANDMARK DRIVE,    NORMAL, IL 61761-2119
4384930       +WOW CABLE,   PO BOX 70999,   CHARLOTTE, NC 28272-0999
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4384901       +E-mail/Text: bankruptcy@rentacenter.com Jun 22 2020 23:02:26     ACCEPTANCE NOW,
                ATTN: CUSTOMER SERVICE,    5501 HEADQUARTERS DR,    PLANO, TX 75024-5837
4384903       +E-mail/Text: bankruptcy@yourasecu.com Jun 22 2020 23:01:04     ALABAMA STATE EMPLOYEES C.U.,
                ATTN: JARED FREEMAN- CEO,    1000 INTERSTATE PARK DR.,    MONTGOMERY, AL 36109-5412
4384904       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jun 22 2020 23:19:14
                CAPITAL ONE AUTO FINANCE,    P.O. BOX 201347,    ARLINGTON, TX 76006-1347
4384906       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 22 2020 23:19:23
                CAPITAL ONE BANK (USA), N.A.,    ATTN: COREY LEE, VP CUSTOMER MANAGEMENT,
                1680 CAPITAL ONE DRIVE,    MCLEAN, VA 22102-3407
4384905        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 22 2020 23:08:21
                CAPITAL ONE BANK (USA), N.A.,    BY AMERICAN INFOSOURCE LP AS AGENT,    PO BOX 71083,
                CHARLOTTE, NC 28272-1083
4397594       +E-mail/Text: louis@tributecap.com Jun 22 2020 23:00:52     CMM FINANCE INC.,
                C/O TCP SERVICING LLC,    P.O. BOX 167762,   IRVING, TX 75016-7762
4384910       +E-mail/Text: ebnnotifications@creditacceptance.com Jun 22 2020 23:00:35
                CREDIT ACCEPTANCE CORP,    25505 W 12 MILE RD, STE 300,    SOUTHFIELD, MI 48034-1846
4420440        E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 22 2020 23:01:48     Jefferson Capital Systems LLC,
                Po Box 7999,   Saint Cloud Mn 56302-9617
4384917        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 22 2020 23:07:06     LVNV FUNDING LLC,
                C/O RESURGENT CAPITAL SVCS.,    PO BOX 10587,    GREENVILLE, SC 29603-0587
4384922       +E-mail/Text: elevate@ebn.phinsolutions.com Jun 22 2020 23:02:30     RISE,    PO BOX 101808,
                FORT WORTH, TX 76185-1808
4384928       +E-mail/Text: bnc-bluestem@quantum3group.com Jun 22 2020 23:02:08     WEBBANK/FINGERHUT,
                6250 RIDGEWOOD RD,    SAINT CLOUD, MN 56303-0820
4384931       +E-mail/Text: admin@rosebudlending.com Jun 22 2020 23:02:24     ZOCA LOANS,
                ROSEBUD LENDING LZO,    P O BOX 1147,   MISSION, SD 57555-1147
                                                                                              TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2020 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Mary Conner Pool    on behalf of Debtor Tara  Harriel mpool@bondnbotes.com,
               attorneypool@gmail.com;r62810@notify.bestcase.com;jhull@bondnbotes.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                            TOTAL: 3
```